**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-04373-JLK

RODRIGO LOPEZ CASTILLO,

Petitioner,

v.

JUAN BALTAZAR, Warden of Aurora Contract Facility,
LANCE SCHROYNER, Acting Director of U.S. Immigration and Customs Enforcement, and
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security,

Respondents.

---

**ORDER**

---

Petitioner has filed an Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging his detention at the immigration facility in Aurora, Colorado. Considering the Petitioner's allegations and the time-sensitive nature of the relief he requests, it is ORDERED:

PETITIONER SHALL (1) serve respondents with a copy of the Application along with a copy of this Order, by no later than September 30, 2026; and (2) promptly file proof of service with the Court.

RESPONDENTS ARE ORDERED TO SHOW CAUSE within five days from the date of service as to why the Application should not be granted.

Pursuant to the All Writs Act, and in order to preserve the Court's jurisdiction, RESPONDENTS SHALL NOT REMOVE Petitioner from the District of Colorado or the United States unless or until this Court or the Court of Appeals for the Tenth Circuit vacates this Order.

DATED this 16th day of September, 2026.

John L. Kane

JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE